# Order

Michigan Supreme Court
Lansing, Michigan

April 2, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139561

JAMES YKIMOFF,
          Plaintiff-Appellee,

v

W.A. FOOTE MEMORIAL HOSPITAL,
          Defendant-Appellant,

and

DAVID EGGERT, M.D. and DAVID
PROUGH, M.D.,
          Defendants.

_____/

SC: 139561
COA: 279472
Jackson CC: 04-002811-NH

On order of the Court, the application for leave to appeal the July 16, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument on whether to grant the application in *Martin v Ledingham* (Docket No. 138636).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2010

_____
Clerk

d0330